Same case below, 333 Fed. Appx. 317.

**No. 09-10312. Jasper Vick, Petitioner v. Sergeant McKinnie, et al.**

561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5048.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10313. Barry Northcross Patterson, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

561 U.S. 1014, 130 S. Ct. 3475, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5145.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 46.

**No. 09-10318. Edward Dee Brooks, Petitioner v. Texas.**

561 U.S. 1014, 130 S. Ct. 3475, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 4990.

June 21, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10322. Melvin Jones, Jr., Petitioner v. Daniel Wainwright.**

561 U.S. 1014, 130 S. Ct. 3475, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5001.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10324. Jason Clements, Petitioner v. Harold W. Clarke, Commissioner, Massachusetts Department of Correction.**

561 U.S. 1014, 130 S. Ct. 3475, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5098.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 592 F.3d 45.

**No. 09-10327. Don William Davis and Stacey Eugene Johnson, Petitioners v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

561 U.S. 1014, 130 S. Ct. 3475, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5161.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 604 F.3d 580.

**No. 09-10328. Gerald Allen Perry, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1014, 130 S. Ct. 3476, 177 L. Ed. 2d 1070, 2010 U.S. LEXIS 5109.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 201.